UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JACOB ELLIOTT BAKKER,

        Defendant.

_____/

**INDICTMENT**

The Grand Jury charges:

### COUNT 1
### Felon in Possession of a Firearm

Between on or about January 26, 2025, and on or about February 7, 2025, in the City of Holland, in the Southern Division of the Western District of Michigan,

**JACOB ELLIOTT BAKKER,**

knowing that he had previously been convicted of one or more offenses punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm that was in and affecting commerce, that is, a loaded Glock 43, 9mm semi-automatic pistol.

**18 U.S.C. § 922(g)(1)**
**18 U.S.C. § 921(a)**
**18 U.S.C. § 924(a)(8)**

## COUNT 2
**Felon in Possession of Ammunition**

On or about February 7, 2025, in the City of Holland, in the Southern Division of the Western District of Michigan,

**JACOB ELLIOTT BAKKER,**

knowing that he had previously been convicted of one or more offenses punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition that was in and affecting commerce, that is, 9mm ammunition of various brands, including, but not limited to, Barnes, Blazer, Federal Cartridge, Speer, and Winchester brand ammunition.

**18 U.S.C. § 922(g)(1)**
**18 U.S.C. § 921(a)**
**18 U.S.C. § 924(a)(8)**

## FORFEITURE ALLEGATION
### (Count 2: Felon in Possession of Ammunition)

The allegation contained in Count 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the violation of 18 U.S.C. § 922(g)(1), as set forth in Count 2 of this Indictment, the defendant,

**JACOB ELLIOTT BAKKER,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any ammunition involved in or used in the knowing commission of the offense, that is, thirty-seven rounds of 9mm ammunition.

**18 U.S.C. § 922(g)(1)**
**18 U.S.C. § 924(d)(1)**
**28 U.S.C. § 2461(c)**

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
Acting United States Attorney

*/s/ signature*
_____
DANIEL Y. MEKARU
Assistant United States Attorney